IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLIED WORLD INSURANCE COMPANY, a New Hampshire Corporation**                                                                                        **PLAINTIFF**

v.                     Case No. 4:17-cv-00835-KGB

**CMM MECHANICAL, LLC, an Arkansas Limited Liability Company; CARY PARKS, an individual; SUSAN PARKS, an individual; MICHAEL S. BROOKS, an individual; THE ESTATE OF ROBERT A. HALL, a probate estate in Pulaski County, Arkansas, BRANDON J. LAR, an individual, and FIRST SECURITY BANK**                                    **DEFENDANTS**

## ORDER

Before the Court is plaintiff Allied World Insurance Company ("Allied World"), defendant Brandon J. Lar ("Mr. Lar"), and defendant First Security Bank's (collectively, the "Movants"), motion to dismiss claims against Brandon J. Lar and First Security Bank with prejudice under Fed. R. Civ. P. 41 (Dkt. No. 93). The movants state that they have settled all disputes among them that were at issue in this action (*Id.*). For this reason, the movants request that the Court dismiss with prejudice Counts VII and VIII of Allied World's first amended complaint pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 27). The Court grants the motion and dismisses with prejudice Counts VII and VIII of Allied World's first amended complaint (Dkt. Nos. 27; 93). The Court terminates Mr. Lar and First Security Bank as parties to this suit.

It is so ordered this 14th day of February, 2022.

_____
Kristine G. Baker
United States District Judge