IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a New Hampshire Corporation | PLAINTIFF |
| v.   Case No. 4:17-cv-00835-KGB | |
| CMM MECHANICAL, LLC, an Arkansas Limited Liability Company; CARY PARKS, an individual; SUSAN PARKS, an individual; MICHAEL S. BROOKS, an individual; THE ESTATE OF ROBERT A. HALL, a probate estate in Pulaski County, Arkansas, BRANDON J. LAR, an individual, and FIRST SECURITY BANK | DEFENDANTS |

## ORDER

Before the Court is plaintiff Allied World Insurance Company ("Allied World") and defendant Michael S. Brooks's (collectively, the "Movants"), motion to dismiss claims against Mr. Brooks with prejudice under Fed. R. Civ. P. 41 (Dkt. No. 100). The Movants state that they have settled all disputes among them that were at issue in this action (*Id.*). For this reason, the Movants request that the Court dismiss with prejudice Allied World's claims against Mr. Brooks pursuant to Federal Rule of Civil Procedure 41(a)(2) (*Id.*). The Court grants the motion and dismisses with prejudice Allied World's claims against Mr. Brooks (*Id.*). The Court terminates Mr. Brooks as a party to this suit.

It is so ordered this 9th day of March, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge