IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| ALLIED WORLD INSURANCE COMPANY, a New Hampshire Corporation | | PLAINTIFF |
| v. | Case No. 4:17-cv-00835-KGB | |
| CMM MECHANICAL, LLC, an ArkansasLimited Liability Company; CARY PARKS, an individual; SUSAN PARKS, an individual; MICHAEL S. BROOKS, an individual; THE ESTATE OF ROBERT A. HALL, a probate estate in Pulaski County, Arkansas, BRANDON J. LAR, an individual, and FIRST SECURITY BANK | | DEFENDANTS |

## DEFAULT JUDGMENT

Pursuant to the Order entered in this matter on this date as to defendants CCM Mechanical, LLC ("CCM Mechanical") and Susan Parks, and the Court's prior Orders as to the remaining defendants, it is considered, ordered, and adjudged that judgment is entered against defendants CCM Mechanical and Susan Parks, jointly and severally, on Count I in the amount of $756,965.32 and in favor of plaintiff Allied World Insurance Company ("Allied World"). Pursuant to 28 U.S.C. § 1961, along with the judgment amount of $756,965.32, CCM Mechanical and Susan Parks, jointly and severally, are ordered to pay to Allied World post-judgment interest at a rate of 4.08% per year until judgment is paid in full.

So adjudged this 27th day of September, 2022.

_____
Kristine G. Baker
United States District Judge